# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00537-CV

### In re Zega Companies and Citgo Trustees, Cayman Corporations

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators' petition for writ of mandamus having been withdrawn, the only request for relief that remains in this original proceeding is the relators' petition for writ of prohibition. Relators have filed a motion requesting that the petition for writ of prohibition be dismissed. *See* Tex. R. App. P. 42.1(a)(1). At the time relators' motion was filed, this Court was on notice that the underlying proceeding had been removed to federal court on October 19, 2007. If a case has been removed to federal court, this Court may not take any further action unless and until the case is returned to state court. *See Meyerland Co. v. FDIC*, 848 S.W.2d 82 (Tex. 1993). We have subsequently received notice that the underlying proceeding was remanded to state court on October 25, 2007. As a result, we grant relators' motion and dismiss the petition for writ of prohibition. All other motions in this original proceeding are dismissed as moot.

_____

Diane Henson, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed

Filed:   November 16, 2007